THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant.

Decided December 20, 2011

### APPEARANCES OF COUNSEL

*James S. Hinman, P.C.*, Rochester (*James S. Hinman* of counsel), for appellant.

*Michael C. Green, District Attorney*, Rochester (*Stephen X. O'Brien* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order

modified and case remitted to Supreme Court, Monroe County, for further proceedings, and as so modified, affirmed. We conclude that on this record defendant satisfied his burden of showing that a reconstruction hearing is necessary to determine whether he was present during the *Sandoval* hearing. Upon remittal, if it is determined that defendant was not present during the *Sandoval* hearing, a new trial must be ordered; if it is determined that defendant was present, the judgment of conviction should be amended to reflect that result.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and JONES. Taking no part: Judge PIGOTT.